IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MEILYN V. XIONG,

    Plaintiff,

v.                                    Case No.: 21-cv-265

CONNEXUS CREDIT UNION,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Meilyn V. Xiong, and Defendant, Connexus Credit Union, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: December 30, 2021    **HAWKS QUINDEL, S.C.**
                                              *Attorneys for the Plaintiff, Meilyn V. Xiong*

                                              By:   */s/Colin B. Good*
                                              Colin B. Good, State Bar No.: 1061355
                                              Email: cgood@hq-law.com
                                              Hayley I. Archer, State Bar No.: 1101459
                                              Email: harcher@hq-law.com
                                              409 East Main Street
                                              Post Office Box 2155
                                              Madison, Wisconsin 53701-2155
                                              Telephone: (608) 257-0040
                                              Facsimile: (608) 256-0236

Dated: December 30, 2021     **JACKSON LEWIS, P.C.**
*Attorneys for Defendant, Connexus Credit Union*


By: */s/Tony H. McGrath*
Tony H. McGrath, State Bar No.: 1042806
Email: Tony.McGrath@JacksonLewis.com
John T. Woodson, State Bar No.: 1094026
Email: John.Woodson@JacksonLewis.com
22 East Mifflin Street, Suite 800
Madison, Wisconsin 53703
Telephone: (608) 729-5598
Facsimile: (608) 260-0058